MARTIN L. FINEMAN, California State Bar No. 104413
JAMES C. WILLIAMS, California State Bar No. 251818
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
E-Mail:  martinfineman@dwt.com
         jameswilliams@dwt.com

Attorneys for Plaintiff
T-MOBILE WEST CORPORATION

DENNIS J. HERRERA, State Bar No. 139669
THERESA L. MUELLER, State Bar No. 172681
WILLIAM K. SANDERS, State Bar No. 154156
THOMAS J. LONG, State Bar No. 124776
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6771
Facsimile: (415) 554-4757
E-Mail: william.sanders@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| T-MOBILE WEST CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　Defendant. | No. C-10-03011 CW<br><br>**ORDER STAYING ACTION TO ALLOW TIME FOR SETTLEMENT APPROVAL** |

Plaintiff T-Mobile West Corporation and Defendant City and County of San Francisco participated in Settlement Conferences supervised by Magistrate-Judge Bernard Zimmerman on

March 9, 2011 and April 1, 2011. As a result, with Magistrate-Judge Zimmerman's supervision and assistance, the parties have tentatively agreed upon a settlement of the action. The settlement must be approved by the Board of Supervisors and Mayor of the City and County of San Francisco. In order to avoid wasted resources and to avoid burdening the Court, the parties have stipulated to a stay of any further proceedings in the case in order to allow time for the approval process to take place.

IT IS THEREFORE ORDERED that the above-entitled case is stayed in order to allow time for approval of the settlement by the City and County of San Francisco. If dismissal papers have not been filed by August 5, 2011, the parties are ordered to file a report on the status of settlement, and a case management conference will be held on August 23 at 2:00 p.m.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____April 8_____, 2011.

_____
The Honorable Claudia Wilken
United States District Judge

[PROPOSED] ORDER STAYING ACTION TO ALLOW TIME FOR SETTLEMENT APPROVAL

Case No. C-10-03011 CW
T-Mobile West Corp. v. City and County of San Francisco
DWT 16818152v1 0048172-000366

DWT 16814131v1 0048172-000366