IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T-MOBILE WEST CORPORATION,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                               /

No. C 10-03011 CW

ORDER DIRECTING
PARTIES TO FILE
JOINT STATUS
REPORT

    On April 6, 2011, the parties filed a stipulation stating that they had reached a settlement. They asked the Court to stay this case until August 2011 so that Defendant City and County of San Francisco could seek approval of the settlement by the Board of Supervisors and the Mayor. The parties indicated that, if dismissal papers were not filed by August 5, 2011, they would file a joint status report. Pursuant to the parties' stipulation, the Court stayed the case and set a case management conference for August 23, 2011 at 2:00 p.m.

    Dismissal papers have not been filed. Within five days of the date of this Order, the parties shall file a joint brief on the status of the approval process. The case management conference set for August 23, 2011 is continued to October 25, 2011 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 8/19/2011

CLAUDIA WILKEN
United States District Judge